# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY M. POSEY,

    *Petitioner*,

vs.

SHERIFF DOUG GILLESPIE,

    *Respondent.*

2:12-cv-00313-JCM-VCF

ORDER

Petitioner's motion (#5) for reconsideration of the court's order and judgment dismissing this habeas action without prejudice is DENIED.

DATED: March 15, 2012.

_____
JAMES C. MAHAN
United States District Judge