1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ANTHONY M. POSEY,

     *Petitioner,*

vs.

SHERIFF DOUG GILLESPIE,

     *Respondent.*

2:12-cv-00313-JCM-VCF

ORDER

16
17
18
19
20
21
22
23
24
25
26
27
28

     Petitioner's motion (#5) for reconsideration of the court's order and judgment dismissing this habeas action without prejudice is DENIED.

     DATED: March 15, 2012.

_____
JAMES C. MAHAN
United States District Judge